UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BRIAN HARRIS,

                          Plaintiff,          :         20 Civ. 10864 (LGS)

      -against-                      :         <u>ORDER</u>

ANGEL LEON et al.,
                        Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action was filed on December 23, 2020. Dkt. No. 1.

WHEREAS, Defendant the City of New York has appeared, but Defendants Lieutenant Angel Leon, Detective Kristen Swinkunas and Police Officer Antonella Jimenez have not appeared.

WHEREAS, Plaintiff filed Affidavits of Service indicating that Defendants Lieutenant Leon, Detective Swinkunas and Officer Jimenez were served on January 7, 2021. Dkt. Nos. 10-12. It is hereby

**ORDERED** that, by **February 15, 2021**, counsel to the City of New York shall file a letter informing the Court why they have not appeared on behalf of Lieutenant Leon, Detective Swinkunas and Officer Jimenez, and why default proceedings should not be commenced against those Defendants.

Dated: February 10, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**