UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN HARRIS,  :
                            Plaintiff,  :
                                         :
              -against-  :  20 Civ. 10864 (LGS)
                                         :
                                         :  <u>ORDER</u>
ANGEL LEON, et al.,  :
                            Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 19, 2021, Defendants filed an answer to the complaint. Dkt. No. 16.

      WHEREAS, this case shall participate in the Southern District of New York's Local Civil Rule 83.10. *See* dkt. entry on December 29, 2020. It is hereby

      **ORDERED** that, by **April 6, 2021**, the parties shall meet and confer and jointly file a letter proposing a schedule in accordance with Rule 83.10.

Dated: March 22, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE