UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN HARRIS,             :
                Plaintiff,    :
                              :
        -against-            :   20 Civ. 10864 (LGS)
                              :
                              :   <u>ORDER</u>
ANGEL LEON, et al.,       :
                Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on July 22, 2021.  For the reasons stated during the conference, it is hereby

      **ORDERED** that, by **July 29, 2021**, the parties shall meet and confer and jointly file a proposed Civil Case Management Plan and Scheduling Order ("CMP") in the form available at the Court's website (https://nysd.uscourts.gov/judge/Schofield).  The parties shall include proposed dates for anticipated depositions.

Dated: July 22, 2021
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**