UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN HARRIS,

                Plaintiff,

   -against-

CITY OF NEW YORK et al.,

                Defendants.

No. 1:20-CV-10864 (LGS)

---

## DECLARATION OF BRIAN HARRIS

BRIAN HARRIS declares under penalty of perjury:

1.     My name is Brian Harris. I am the plaintiff in this case.

2.     As the transcript reflects, I was not specifically asked at my deposition what I did after putting my hands in the air during the incident at issue.

3.     Nor was I specifically asked whether I moved my hands or arms to prevent the police from handcuffing me.

4.     After putting my hands in the air, I did not move them side to side or up and down, or otherwise pull them away from the police.

5.     After putting my hands in the air, I did not do anything to evade the application of handcuffs.

6.     To the best of my recollection, all I did was put my hands in the air.

7.     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:     Mar 23, 2022
           Bronx, New York

*Brian Harris*
BRIAN HARRIS

**Signature:** *Brian Harris (Mar 23, 2022 18:48 EDT)*

**Email:** brianharris818@gmail.com

# Brian Harris Declaration

Final Audit Report                                                                    2022-03-23

| | |
|---|---|
| Created: | 2022-03-22 |
| By: | Doug Lieb (dlieb@kllf-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIRfbdzr_1jXOGVHcElW73JoQtKMAb3jX |

## "Brian Harris Declaration" History

📄 Document created by Doug Lieb (dlieb@kllf-law.com)
2022-03-22 - 6:29:46 PM GMT- IP address: 172.254.37.170

📧 Document emailed to Brian Harris (brianharris818@gmail.com) for signature
2022-03-22 - 6:30:33 PM GMT

📄 Email viewed by Brian Harris (brianharris818@gmail.com)
2022-03-22 - 6:30:50 PM GMT- IP address: 66.102.8.63

✍️ Document e-signed by Brian Harris (brianharris818@gmail.com)
Signature Date: 2022-03-23 - 10:48:39 PM GMT - Time Source: server- IP address: 74.89.103.224

✅ Agreement completed.
2022-03-23 - 10:48:39 PM GMT

**Adobe Sign**