

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CHRISTOPHER G. ARKO**<br>*Senior Counsel*<br>carko@law.nyc.gov<br>Phone: (212) 356-5044<br>Fax: (212) 356-3509 |

March 31, 2022

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**.  By **April 8, 2022**, Defendants shall file any reply.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 67.

Dated:   April 1, 2022
         New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   <u>Brian Harris v. City of New York, et al.</u>, 20 Civ. 10864 (LGS)

Your Honor:

   I am a Senior Counsel in the New York City Law Department, attorney for defendants City of New York, Lieutenant Leon, Detective Swinkunas, Officer Jimenez, Lieutenant Lane, and Officer Baltzer in the above-referenced matter.  I write to respectfully request a four day extension of time, from April 4, 2022 to April 8, 2022, to file defendants' summary judgment reply brief.  This is defendants' first request for an extension to file their reply brief and it is made with plaintiff's consent.

   The reason for this request is that owing to my schedule it has taken longer than expected to review plaintiff's summary judgment opposition in full.  Plaintiff's Response Under Local Civil Rule 56.1(b) contains 64 statements of fact that plaintiff alleges are undisputed and to which defendants intend to respond.  Further, defendants intend to closely review the arguments in plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.  The requested brief extension of time should permit defendants sufficient time to complete these tasks.

   I thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Christopher G. Arko*
Christopher G. Arko
Senior Counsel

cc:     Doug Lieb, Esq. (by ECF)
       Alanna Kaufman, Esq. (by ECF)
       *Attorneys for Plaintiff*