UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN HARRIS,

                    Plaintiff,

             -against-

ANGEL LEON, et al.,

                    Defendants.
------------------------------------------------------------ X

20 Civ. 10864 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued July 30, 2021, required the parties to complete fact discovery, except for depositions of treating physicians, by November 26, 2021.

    WHEREAS, a joint letter filed by Defendants on December 10, 2021, represented that the parties had completed fact discovery.

    WHEREAS, on March 2, 2022, Defendants moved for summary judgment. An Order issued on February 16, 2023, granted in part and denied in part Defendants' motion for summary judgment. It is hereby

    **ORDERED** that, no later than **February 24, 2023**, the parties shall meet and confer and file a joint letter on ECF proposing next steps in this litigation. Such a letter shall contain a statement of what discovery remains to be taken and shall propose deadlines for completing that discovery. To the extent possible, any proposed deadlines shall be agreed upon by the parties; if the parties are unable to reach agreement, they shall each state their proposed date.

Dated: February 17, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE