```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 BRIAN HARRIS,                                          :
                              Plaintiff,                :
                                                        :           20 Civ. 10864 (LGS)
                  -against-                             :
                                                        :                 ORDER
                                                        :
 ANGEL LEON, et al.,                                    :
                              Defendants.               :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued March 2, 2023, set a case management conference in this matter. An Order issued April 17, 2023, adjourned this conference to May 10, 2023.

WHEREAS, on May 5, 2023, the parties filed a joint status letter representing that fact and expert discovery is complete. The letter further states that a settlement conference or mediation is not likely to be productive and requests that the case proceed to trial.

WHEREAS, this case is trial ready. There are currently three cases on the Court's October 2023 trial-ready calendar. It is hereby

**ORDERED** that the case management conference scheduled for May 10, 2023, is **CANCELLED.** It is further

**ORDERED** that this action will be placed in fourth place on the Court's October 2023 trial-ready calendar; the jury trial will begin on **October 10, 2023, at 10:00 A.M.** or the Court's first available date thereafter. It is further

**ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after October 10, 2023. It is further

**ORDERED** that in accordance with and as further provided in the Court's Individual Trial Rules and Procedures:

- Any motions in limine shall be filed by **July 14, 2023**. Responses to the motions shall be filed by **July 26, 2023**. No reply shall be filed. The parties shall follow the Court's Individual Trial Rules regarding such motion.

- Joint requests to charge, joint voir dire, joint verdict form and any memorandum of law, as provided in the Court's Individual Trial Rules, shall be filed by **August 4, 2023**.

- The final pretrial order shall be filed **August 11, 2023**.

\* \* \*

The parties are encouraged to:

(1) Contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on this list.

(2) Confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a trial date certain or if they wish a different trial date. If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

(3) Confer and advise the Court immediately by joint letter if they would like a referral to a Magistrate Judge or court appointed mediator for a settlement conference. Such referral will not stay the dates in this Order.

The final pretrial conference will be scheduled closer to the trial date.

Dated: May 8, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE