

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
egottste@law.nyc.gov
Phone: (212) 356-2262
Fax: (212) 356-3509

*Application **GRANTED**.  Defendant shall file its motions in limine by **August 25, 2023**.  The parties shall file their oppositions to each other's motions in limine by **September 8, 2023**.  The deadlines for any requests to charge, voir dire, verdict form and final pretrial order remain the same.  So Ordered.*

*Dated: August 21, 2023*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Brian Harris v. City of New York, 20 Civ. 10864 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendant in the above-referenced matter.  Defendant writes to respectfully request a one-week enlargement of time to file its motions *in limine*.  This is defendant's first request for an extension of the motion *in limine* briefing schedule, and plaintiff consents to this application.

On June 27, 2023, the Court set the trial-ready date in this matter for November 13, 2023, and ordered that motions *in limine* be filed by August 18, 2023, and that responses to motions *in limine* be filed by August 30, 2023.  *See* ECF No. 86.  However, due to unforeseen commitments in other matters throughout this week, defendant requires additional time to finalize its motions *in limine* in this matter.  Accordingly, defendant respectfully requests a one-week extension of time, from August 18, 2023, until August 25, 2023, to file its motions *in limine*, and a corresponding extension of time for both parties to file responses to motions *in limine*, from August 30, 2023, until September 6, 2023.

We thank the Court for its consideration of this application.

Respectfully submitted,

*Evan J. Gottstein*       /s/

Evan J. Gottstein
Assistant Corporation Counsel

cc:  Doug Lieb, Esq. (by ECF)
     Alanna Kaufman, Esq. (by ECF)
     *Attorneys for Plaintiff*