

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

EVAN J. GOTTSTEIN
*Assistant Corporation Counsel*
egottste@law.nyc.gov
Phone: (212) 356-2262
Fax: (212) 356-3509

September 7, 2023

*Application **GRANTED** nunc pro tunc.  The parties shall file their pretrial materials with the final proposed pretrial order by **September 22, 2023.**  The Clerk of Court is respectfully directed to close the motion at Dkt. 97.  No further extensions.*

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: September 11, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  <u>Brian Harris v. City of New York</u>, 20 Civ. 10864 (LGS)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendant in the above-referenced matter.  Defendant writes to respectfully request a two-week enlargement of time for the parties to file their joint proposed jury instructions, verdict form, and *voir dire* questions.  This is defendant's first request for an extension of the deadline to file the joint pretrial submissions.

    On June 27, 2023, the Court set the trial-ready date in this matter for November 13, 2023, and ordered that joint requests to charge, joint *voir dire*, and joint verdict form to be filed by September 8, 2023.  *See* ECF No. 86.  Defendant requires additional time to confer with plaintiff regarding the joint pretrial submissions because the undersigned has been preparing for trial in another matter pending in the Eastern District, which is scheduled to begin Monday, September 11th, and is expected to conclude by Thursday, September 14th.  Plaintiff has advised that he consents to this request "if and only if it would not delay the trial date or affect our position on the court's trial-ready list."  The requested extension would not prejudice plaintiff or affect any other scheduled dates in this matter, as it would provide for filing the joint requests to charge, *voir dire*, and verdict form by the same date that the parties will be filing the final proposed pretrial order.  *See* ECF No. 86.

    Accordingly, defendant respectfully requests a two-week enlargement of the parties' time to file joint requests to charge, joint *voir dire*, and joint proposed verdict form, from September 8, 2023, until September 22, 2023.

We thank the Court for its consideration of this application.

Respectfully submitted,

*Evan J. Gottstein*            /s/
Evan J. Gottstein
Assistant Corporation Counsel

cc: Doug Lieb, Esq. (by ECF)
Alanna Kaufman, Esq. (by ECF)
*Attorneys for Plaintiff*