UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN HARRIS,

                Plaintiff,

            -against-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

20 Civ. 10864 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued June 27, 2023, placed this action on the Court's November 2023 trial-ready calendar in second place. That Order also stated that the final pretrial conference would be scheduled closer to the trial date.

WHEREAS, on October 17, 2023, the parties filed a joint letter on ECF requesting an adjournment of the trial date in light of logistical issues and requesting a firm trial date. It is hereby

**ORDERED** that this action will be placed in first place on the Court's January 2024 trial-ready calendar; the jury trial will begin on **January 29, 2024, at 10:00 A.M.** It is further

**ORDERED** that the final pretrial conference will be held on **January 16, 2024, at 2:30 P.M.** in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.

Dated: October 25, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE