UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRIAN HARRIS,  :
                 Plaintiff,  :
                                :        20 Civ. 10864 (LGS)
       -against-  :
                                :           ORDER
                                :
CITY OF NEW YORK,  :
               Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order issued October 25, 2023, scheduled the jury trial in this matter to begin on January 29, 2024.  It is hereby

      **ORDERED** that, due to juror demand, the jury trial will now begin on **January 30, 2024, at 10:00 A.M.**  The final pretrial conference scheduled for January 16, 2024, at 2:30 P.M., will proceed as scheduled.

Dated: December 11, 2023
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**