UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRIAN HARRIS,   :
                Plaintiff,   :
                                        :        20 Civ. 10864 (LGS)
       -against-   :
                                        :           ORDER
                                          :
CITY OF NEW YORK,   :
              Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this matter is set for trial beginning January 30, 2024;

       WHEREAS, the Opinion and Order issued on February 16, 2023, dismissed all Individual Defendants from this matter.

       The Clerk of Court is respectfully directed to change the caption in this matter to *Harris v. City of New York*.

Dated: January 2, 2024
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE