UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN HARRIS,  :
                        Plaintiff,  :
                                   :       20 Civ. 10864 (LGS)
      -against-  :
                                   :           ORDER
                                   :
CITY OF NEW YORK,  :
                     Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on the morning of January 30, 2024, Defendant filed a letter requesting that Plaintiff's state law claim for assault be dismissed with prejudice. Plaintiff does not oppose the request;

       WHEREAS, the trial in this matter began on January 30, 2024. The Court instructed Defendant to order an official copy of the transcript. Defendant requested that the costs be shared with Plaintiff. It is hereby

       **ORDERED** that Plaintiff's state law claim for assault is dismissed with prejudice. It is further

       **ORDERED** that the parties split equally the cost of ordering an official copy of the trial transcript.

Dated: January 30, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE