Final for Jury – February 1, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRIAN HARRIS,
                               Plaintiff,

                                 20 Civ. 10864 (LGS)

          -against-

THE CITY OF NEW YORK,
                              Defendant.
---------------------------------------------------------------X

Verdict Form

Question 1:

Has Plaintiff proven by a preponderance of the evidence that the tasing of Plaintiff was objectively unreasonable under the circumstances?

                               Yes _____   No ___✓_____

**If you answered NO to Question 1, your deliberations are finished. Please proceed to the end of this form.**

**If you answered YES to Question 1, please proceed to Question 2.**

Question 2:

What dollar amount of damages has Plaintiff proven by a preponderance of the evidence will fairly compensate him for any actual injury he suffered? If you determine that Plaintiff has not suffered actual injury, you shall award him nominal damages of $1.

                                                                    $_____

**You have reached a verdict. This form should be signed, dated and given to the Marshal.**

1. _____  
   ~~Foreperson~~ Juror

2. _____  
   Juror

3. ___Prisilla Blen_____  
   Juror

4. _____  
   Juror

5. ___Sean A Schroedel____  
   Juror

6. _____  
   Juror

7. _____  
   Juror

8. _____  
   Juror

9. _____  
   Juror

10. _____  
    Juror

Date: 2/1/24

_____  
Foreperson