**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIAN HARRIS,

                Plaintiff,                20 **CIVIL** 10864 (LGS)

    -against-                               **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lorna G. Schofield, United States District Judge, the jury having returned a verdict in favor of Defendant, the Complaint is hereby dismissed.

**DATED:**  New York, New York
              February 02, 2024

                                                                    **RUBY J. KRAJICK**

So Ordered:                                                     **Clerk of Court**

                                                 BY:

                                                                 **Deputy Clerk**

   **LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**